UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21620
    ROBERT L CONNER

                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-8503

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/16/2007 and was confirmed 06/12/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  57.00%.

    The case was dismissed after confirmation 10/23/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SVCS | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SVCS | MORTGAGE ARRE | 460.51 | .00 | 460.51 |
| HSBC | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| HSBC | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| HSBC | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | 2200.00 | .00 | 412.47 |
| ILLINOIS DEPT OF REV | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2337.09 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CIT GROUP CONSUMER FINAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF HIGHLAND PARK | UNSECURED | NOT FILED | .00 | .00 |
| OAK LAWN MUNICIPAL C U | UNSECURED | 1750.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | 600.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | NOTICE ONLY | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIDELITY FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| PROGRESSIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ORLAND PARK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF SOUTH HOLLAND | UNSECURED | NOT FILED | .00 | .00 |
| VISTA ST THERESE | UNSECURED | NOT FILED | .00 | .00 |
| WESTERN SPRINGS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL ~ | NOTICE ONLY | NOT FILED | .00 | .00 |
| Z TEL COMMUNICATIONS | NOTICE ONLY | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 07 B 21620 ROBERT L CONNER

```
PORTRICE VERNON          NOTICE ONLY   NOT FILED              .00              .00
ILLINOIS TITLE LOANS     UNSECURED       936.77              .00              .00
CITY OF CHICAGO PARKING  UNSECURED       460.00              .00              .00
IL STATE DISBURSEMENT UN NOTICE ONLY   NOT FILED              .00              .00
HSBC MORTGAGE SERVICES   MORTGAGE NOTI NOT FILED              .00              .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY   3,129.00                         3,129.00
TOM VAUGHN               TRUSTEE                                          348.02
DEBTOR REFUND            REFUND                                              .00
```

Summary of Receipts and Disbursements:

----------------------------------------------------------------------------

|                        | RECEIPTS   | DISBURSEMENTS |
| ---------------------- | ---------- | ------------- |

----------------------------------------------------------------------------

| TRUSTEE                | 4,350.00   |               |
|                        |            |               |
| PRIORITY               |            | .00           |
| SECURED                |            | 872.98        |
| UNSECURED              |            | .00           |
| ADMINISTRATIVE         |            | 3,129.00      |
| TRUSTEE COMPENSATION   |            | 348.02        |
| DEBTOR REFUND          |            | .00           |
|                        | ---------- | ------------- |
| TOTALS                 | 4,350.00   | 4,350.00      |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/27/09                /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE